IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Daniel Fry, et al.,                           Case No. 3:11 CV 281

           Plaintiffs,                  O R D E R

       -vs-                               JUDGE JACK ZOUHARY

Berks Credit & Collections, Inc.,

           Defendant.

The Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge (Doc. No. 16). Under the relevant statute (28 U.S.C. § 636(b)(1)(C)):

Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

The Court has reviewed the R&R, finds it to be correct, and adopts it in its entirety. Defendant's Motion for Summary Judgment (Doc. No. 11) is granted and the case is dismissed.

IT IS SO ORDERED

                                                       s/ *Jack Zouhary*
                                                      JACK ZOUHARY
                                                      U. S. DISTRICT JUDGE

                                                      December 6, 2011